**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1430**

DR. PEPI SCHAFLER,

Plaintiff – Appellant,

v.

SCOTT D. FIELD, Esq.; KENNETH OESTREICHER, Esq.; REZNICK,
FEDDER & SILVERMAN; WHITEFORD, TAYLOR & PRESTON; DENNIS D.
DAVIS, Esq.; RICHARD J. SPEAR, Esq.; GOLDBERG, STINNET et
al,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:12-cv-00715-PJM)

Submitted:  July 26, 2012            Decided: August 1, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pepi Schafler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pepi Schafler appeals the district court's order dismissing her complaint alleging civil conspiracy. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schafler v. Field, No. 8:12-cv-00715-PJM (D. Md. Mar. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED